MARY L. BESCH, Respondent, v MARSHALL J. BESCH, Appellant. [639 NYS2d 617]

We agree with defendant, however, that the court erred in determining the amount of attorney's fees to which plaintiff was entitled without first conducting a hearing, as requested by defendant, to determine the reasonable value and nature of the services rendered (*see, Matter of Tripi v Faiello*, 195 AD2d 958, *lv dismissed* 82 NY2d 803; *Kish v Kish* [appeal No. 1], 175 AD2d 604; *Price v Price*, 113 AD2d 299, *affd* 69 NY2d 8). We modify the order on appeal, therefore, by vacating the amount of attorney's fees awarded to plaintiff, and we remit the matter to Supreme Court for a hearing on that issue. (Appeal from Or-

der of Supreme Court, Erie County, Sedita, Jr., J.—Support.)
Present—Pine, J. P., Lawton, Fallon, Callahan and Doerr, JJ.